UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Corey Smith

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( )( )

Defendant ____Corey Smith____ hereby voluntarily consents to participate in the following proceeding via ____ videoconferencing or _X_ teleconferencing:

_X_   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

__/s/ Corey Smith by JLG__
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Corey Smith__
Print Defendant's Name

_____
Defendant's Counsel's Signature

__Julia Gatto__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__Aug 13, 2020__
Date

_____ USMJ
U.S. District Judge/U.S. Magistrate Judge